# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: KEVIN VIGIL,
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

Case Number: 1:26-cv-12159

An appearance is hereby filed by the undersigned as attorney for:

Kevin Vigil

Attorney name (type or print): Christopher Romero

Firm: JiangIP LLC

Street address: 33 West Jackson Boulevard, #2W

City/State/Zip: Chicago, IL, 60604

Bar ID Number: 6346257
(See item 3 in instructions)

Telephone Number: 630-733-9483

Email Address: cromero@jiangip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 5, 2026

Attorney signature: S/ Christopher Romero
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015