**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KEVIN VIGIL,

Plaintiff,

v.

GERALD DECORATION,

Defendant.

Case No.: 1:26-cv-12159

Judge LaShonda A. Hunt

Magistrate Judge Young B. Kim

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | Gerald Decoration |