Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-235**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Majestic Pride

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061911

