**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kevin Vigil

Plaintiff,

v.

Case No.: 1:26−cv−12159
Honorable LaShonda A. Hunt

Gerald Decoration, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff's amended complaint [14], the Court is now satisfied that personal jurisdiction has been sufficiently alleged with respect to Defendant and joinder issues are resolved. The Clerk's office is directed to update the case title on the docket to reflect that Defendant is now Gerald Decoration, not The Partnerships and Unincorporated Associations Identified on Schedule A. All attorneys are required to review the case procedures posted on the Court's webpage, including the requirement to set motions for in−person presentment on at least 3 business days' notice and propose an agreed briefing schedule for opposed motions. Filings that do not comply with the Local Rules or Judge Hunt's case procedures may be summarily stricken. Plaintiff is ordered to file a status report regarding next steps in this case by 11/16/26, if other appropriate relief has been sought by that date. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.