AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ______ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-12159 | DATE FILED<br>10/5/2026 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>Kevin Vigil | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 11/18/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kevin Vigil

Plaintiff,

v.

Case No.: 1:26−cv−12159
Honorable LaShonda A. Hunt

Gerald Decoration, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [17], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 18, 2026

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-111**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Chase Your Dreams

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061901


CHASE
YOUR
DREAM

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-229**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Dapper Dan

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 24, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061903


CLXXVI|CC

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-205**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Harmony & Chaos

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 02, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061906



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-223**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Delusions of Reality

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061904



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-133**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Infinite Kre8tion

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 06, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm
**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061908



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-235**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Majestic Pride

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061911



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-209**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Origins of Discipline

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 18, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061912

